UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 2:20CR90-PPS/JEM |
| ) | |
| LEON THOMAS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before me on the findings and recommendation of Magistrate Judge John E. Martin relating to defendant Leon Thomas's agreement to enter a plea of guilty to Count 1 of the indictment, pursuant to Rule 11 of the Federal Rules of Criminal Procedure. [DE 67.] Following a hearing on the record on December 14, 2021 [DE 70], Judge Martin found that defendant understands the charges, his rights, and the maximum penalties; that defendant is competent to plead guilty; that there is a factual basis for defendant's plea; and that the defendant knowingly and voluntarily entered into his agreement to enter a plea of guilty. Judge Martin recommends that the Court accept defendant's plea of guilty and proceed to impose sentence. The parties have waived any objection to Judge Martin's findings and recommendation.

ACCORDINGLY:

Having reviewed the Magistrate Judge's findings and recommendation concerning defendant Leon Thomas's plea of guilty, to which both parties have waived

any objection, the Court hereby ADOPTS the findings and recommendation [DE 70] in their entirety.

Defendant Leon Thomas is adjudged GUILTY of Count 1 of the indictment, a charge of distribution of cocaine base, in violation of 21 U.S.C. §841(a)(1).

The sentencing hearing is set for April 19, 2022 at 1:30 p.m. Hammond/Central time.

SO ORDERED.

ENTERED: December 29, 2021.

    /s/ Philip P. Simon
UNITED STATES DISTRICT JUDGE